UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:23-CV-00086-REW-EBA

ALISON APPLEBY                                                           PLAINTIFF

v.

UNIVERSITY OF PIKEVILLE, INC.                          DEFENDANT

**AGREED ORDER OF DISMISSAL**

      This matter having come before the Court upon the agreement of the parties, as indicated below by the signature of their respective counsel, and the Court being otherwise sufficiently advised;

      IT IS HEREBY ORDERED THAT this matter be dismissed, with prejudice, each party bearing their own respective attorneys' fees, costs, and expenses.

      Dated this _____ day of April, 2024.

AGREED TO:

/s/ *Bryan H. Beauman*
Bryan H. Beauman
Joshua M. Salsburey
James T. McSweeney
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone No.: (859) 255-8581
bbeauman@sturgillturner.com
jsalsburey@sturgillturner.com
jmcsweeney@sturgillturner.com
ATTORNEYS FOR DEFENDANT

AND

/s/ *Vanessa B. Cantley (with permission to Bryan H. Beauman)*
Andrew S. Epstein
Vanessa B. Cantley
Bahe, Cook, Cantley & Nefzger
1041 Goss Avenue
Louisville, KY 40217
Telephone No.: (502) 587-2002
andrew@bccnlaw.com
vanessa@bccnlaw.com
ATTORNEYS FOR PLAINTIFF